# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America,<br>    Plaintiff,<br>  v.<br>James A. Mariotti,<br>    Defendant. | No. 07-6269M-P<br>**ORDER** |
|---|---|

Upon motion of the United States and good cause appearing:

IT IS HEREBY ORDERED that the citations filed in this matter (L0125443 and L0125446) issued on June 14, 2007, are hereby dismissed.

DATED this 15th day of January, 2008.

_____
David K. Duncan
United States Magistrate Judge